

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00251-CV

Herbert L. **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin, Ronaldo Dunagan, Lynda C. Spence, and EXP
Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: August 11, 2021

DISMISSED FOR WANT OF PROSECUTION

On July 8, 2021, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee. On July 9, 2021, this court ordered appellant to show cause in writing by July 19, 2021, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly,

the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM